# Court of Appeals
# of the State of Georgia

ATLANTA, <u>May 29, 2018</u>

*The Court of Appeals hereby passes the following order:*

**A18E0054. LOWE v. THE STATE.**

Pursuant to Court of Appeals Rules 31 (i) and 40 (b), Dmykol Lowe's MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR DISCRETIONARY APPEAL from the order revoking probation that was entered by the trial court on April 26, 2018, is hereby GRANTED. Lowe shall file his APPLICATION FOR DISCRETIONARY APPEAL on or before June 13, 2018.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>05/29/2018</u>
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*